BEFORE THE FIRST DIVISION, DECEMBER 10, 1964

**No. 68933.**—Louis Marx & Co., Inc. *v.* United States, protests 59/20529, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.